# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:21-CR-00114-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **ORDER** |
| MAURICE KAMGAING, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the United States' Motion for a Final Order and Judgment of Forfeiture. (Doc. No. 31).

On January 6, 2022, this Court entered a Consent Order and Judgment of Forfeiture for the funds and real property identified below, all properties in which Defendant held an interest. The Consent Order was issued following Defendant's plea of guilty (Doc. Nos. 17, 18, and 19) to wire fraud and illegal monetary transaction charges related to Defendant's scheme to defraud the Small Business Administration and to use the proceeds of the fraud to purchase assets.

From January 12, 2022 through February 10, 2022, the United States published, via www.forfeiture.gov, notice of this forfeiture and of the intent of the Government to dispose of the forfeited assets according to law, and notice to all third parties of their right to petition the Court within sixty days of January 12, 2022 for a hearing to adjudicate the validity of any alleged legal interest in the assets. Further, following the Government's review of account and title documents, to identify potential petitioners to the funds and real property, the United States also sent direct notice to the individuals, who reasonably appeared to be potential claimants of the assets. Notice was sent via Federal Express, at their last known address, notifying them of this forfeiture action

and of the Government's intent to dispose of the forfeited assets in accordance with law, and of their right to submit a verified claim to this Court within thirty days of the receipt of the notice. To-date, third parties have not filed petitions for the properties and the time-period for doing so has expired.

Because the Government has now properly provided notice by publication and direct notice, the Court may, in accordance with Rule 32.2(c)(2), confirm the Consent Order and Judgment of Forfeiture as the Final Order and Judgment of Forfeiture to give the Government clear title to the forfeited assets.

**IT IS THEREFORE ORDERED** that, in accordance with Rule 32.2(c)(2), the Consent Order and Judgment of Forfeiture is confirmed as final as to the following properties in which Defendant has an interest. All right, title, and interest in the following properties, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law and, pursuant to 21 U.S.C. § 853(n)(7), the United States shall have clear title to the following properties:

> **All assets in Merrill Edge Account 7700 (also identified as IMC Account 7700), such account held in the name of Maurice Kamgaing;**
> **All assets in Merrill Edge Account 7T50 (also identified as IMC Account 7T50), such account held in the name of Apiagne, Inc; and**
> **The real property at 215 Balfour Drive, Archdale, North Carolina, more particularly described in a Deed to Apiagne, Inc., recorded in Randolph County, Deed Book 2708, Pages 1801-1804.**

**SO ORDERED**

Signed: April 4, 2022

Kenneth D. Bell
United States District Judge